UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAMON TYSHEEN BORNER,

    Plaintiff,

v.                                      Case No. 3:23cv17918-MCR-HTC

CHIP W. SIMMONS, et al.,

    Defendants.

_____/

# ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 11, 2023 (ECF No. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**